

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

*U.S. Courthouse*
*Phone: (956)548-2554*
*Fax (956) 548-2711*
*600 E. Harrison, Suite 201*
*Brownsville, TX 78520*

| | |
|---|---|
| The Honorable Ronald G. Morgan<br>United States Magistrate Judge<br>Brownsville, Texas | Witnesses released on May _____, 2015<br><br>_____<br>UNITED STATES MAGISTRATE JUDGE |

*In re: Witnesses in the case of U.S. vs. Anwar Ioanis Ionis Castillo-Macias*

Criminal No. <u>B-15-315</u>

Dear Judge Morgan,

Please release the following witness from the material-witness affidavit. He should be turned over to the Immigration Service for whatever action they deem appropriate.

**Arturo Escudero Flores**

Very truly yours,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*s/ Jason Corley*
JASON CORLEY
Assistant United States Attorney


cc: U.S. Marshal, Brownsville, Texas
     Valerie M. Garcia, Attorney At Law